UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BELINDA GRAY BALDWIN, | ) | Case No. 09-09854-JRL |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | |
| | ) | |
| BELINDA GRAY BALDWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | AP No. 10-00309-8-JRL |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Fidelity National Title Insurance Company of New York, Inc. ("Fidelity National") hereby moves for a 30-day extension of time, to and including February 7, 2011, to file an answer or otherwise respond to the Complaint filed by the Plaintiff. In support of this motion, Defendant Fidelity National submits the following:

1. The Summons was issued by the Court on December 8, 2010.

2. The time to file an answer or otherwise respond to the Complaint has not yet expired.

3. Defendant Fidelity National needs additional time to fully investigate this matter and prepare a proper response to the Complaint.

PPAB 1767239v1

WHEREFORE, Defendant Fidelity National Title Insurance of New York, Inc. respectfully requests that the Court extend the time within which it must answer or otherwise respond to the Complaint to and including February 7, 2011.

This the 6th day of January, 2011.

    /s/ J. Caleb Thomas
Brian D. Darer
N.C. State Bar No. 25383
briandarer@parkerpoe.com
J. Caleb Thomas
N.C. State Bar No. 37093
calebthomas@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
150 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina  27602-0389
Telephone:  (919) 828-0564
Facsimile:   (919) 834-4564
*Attorneys for Defendant Fidelity National Title Insurance Company of New York, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed the foregoing **DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY OF NEW YORK, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

    John T. Orcutt
    Law Offices of John T. Orcutt, P.C.
    6616-203 Six Forks Road
    Raleigh, NC  27615
    postlegal@johnorcutt.com

  This the 6th day of January, 2011.

           /s/ J. Caleb Thomas
          J. Caleb Thomas
          PARKER POE ADAMS & BERNSTEIN LLP
          150 Fayetteville Street, Suite 1400
          Post Office Box 389
          Raleigh, North Carolina  27602-0389
          Telephone:  (919) 828-0564
          Facsimile:   (919) 834-4564