UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In re:

Belinda Gray Baldwin,

Bankruptcy Case No.: 09-09854-8-JRL

Soc. Sec. No. xxx-xx-3480
Mailing Address: 406 Rauhut St.,
Burlington NC  27217

      Debtor.

Belinda Gray Baldwin

Plaintiff,

A.P. No.: 10-00309-8-JRL

VS.

Fidelity National Title Insurance Company of
New York, Inc., Trustee under that Deed of
Trust recorded at Book 5194, Page 499, Durham
County Register of Deeds;

Ocwen Loan Servicing, LLC;
U.S. Bank N.A., in it's capacity as Trustee for
MASTR Asset Backed Securities Trust 2002-NC1
Mortgage Pass-Through Certificates, Series
2002-NC1, Lender;

CIT Loan Corporation, formerly known as The
CIT Group Consumer Finance, Inc.
Craig A. Williamson, Trustee;

Mortgage Electronic Registration Systems Inc.,

and

Vericrest Financial, Inc.

Defendants.

**STIPULATION TO EXTEND TIME TO ANSWER**

COME NOW Plaintiff Belinda Gray Baldwin by and through her undersigned counsel of record and hereby stipulate and agree that Ocwen Loan Servicing, LLC; and U.S. Bank N.A., in it's capacity as Trustee for MASTR Asset Backed Securities Trust 2002-NC1 Mortgage Pass-Through Certificates, Series 2002-NC1, shall have an extension of time to answer or otherwise respond through and including February 10, 2011.

Respectfully submitted this 18th day of January, 2011.

/S/ Koury L. Hicks
Koury L. Hicks
State Bar No. 36204
Attorney for Plaintiff Belinda Gray Baldwin
Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Rd.
Raleigh, NC 27615
Tel: 919 847-9750
Fax: 919 847-3439


/S/ Dan M Hartzog
Dan M Hartzog
State Bar No. 5648
Attorney for Ocwen Loan Servicing, LLC;
U.S. Bank N.A., in it's capacity as Trustee for
MASTR Asset Backed Securities Trust 2002-NC1
Mortgage Pass-Through Certificates, Series
2002-NC1, Lender
Cranfill Sumner & Hartzog LLP
5420 Wade Park Blvd.
Suite 300
Raleigh, NC 27607
Tel: (919) 863-8705
Fax: (919) 863-3425