**SO ORDERED.**

**SIGNED this 15 day of April, 2011.**

_____
J. Rich Leonard
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br>BELINDA GRAY BALDWIN,<br><br>    DEBTOR. | CASE NO: 09-09854-8-JRL<br>CHAPTER 13 |
| BELINDA GRAY BALDWIN,<br><br>    PLAINTIFF,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY OF NEW<br>YORK. INC., ET AL,<br><br>    DEFENDANTS, | ADVERSARY PROCEEDING<br>NO:  10-00309-8-JRL |

**PRETRIAL SCHEDULING ORDER**

Based upon the information obtained from the preliminary pretrial conference held on April 11, 2011,

**IT IS HEREBY ORDERED** that:

(1)   Each party shall be allowed interrogatories and depositions as set by the bankruptcy rules.

(2)    The deadline for Rule 26(a)(1) disclosures is June 1, 2011.

(3)    All discovery shall be completed by October 3, 2011.

(4)    All motions shall be filed by October 31, 2011.

(5)    The final pretrial conference will be held by telephone as follows:

**DATE:    December 19, 2011**
**TIME:    10:00 a.m.**

The court will initiate the telephone conference.  The cost of the call is the responsibility of the plaintiff.  The clerk's office will contact the conference operator to schedule the call.  The operator will be informed at the time of the party responsible for the charges.  The operator will be instructed to call the judge last.

The conference call will involve the following parties at the indicated telephone numbers:

| | |
|---|---|
| Judge J. Rich Leonard | 919-856-4033 |
| John T. Orcutt | 919-847-9750 |
| J. Caleb Thomas | 919-828-0564 |
| Koury L. Hicks | 919-847-9750 |
| Zipporah B. Edwards | 704-377-2500 |

Counsel shall prepare for the pretrial conference pursuant to Local Bankruptcy Rule No. 7016-1, EDNC and shall be fully prepared to present to the court all information and documentation necessary for completion of the pretrial order.

(6)    The trial of this adversary proceeding has been scheduled as follows:

**DATE:    January 5, 2012**
**TIME:    2:00 p.m.**
**PLACE:   U. S. Courthouse & Post Office Building**
          **300 Fayetteville Street**
          **3rd Floor**
          **Raleigh, North Carolina**

**END OF DOCUMENT**