IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **BELINDA GRAY BALDWIN,** | ) | Case No. 09-09854-8-JRL |
| SSN: XXX-XX-3480, | ) | |
| Debtor. | ) | (Chapter 13) |
| | ) | |
| **Belinda Gray Baldwin** | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 10-00309-8-JRL |
| | ) | |
| **Fidelity National Title Insurance Co.** | ) | |
| **Of New York, Inc. Trustee et. al** | ) | |
| | ) | |
| Defendants, | ) | |

### MOTION WITH CONSENT TO CONTINUE HEARING

NOW COMES Ocwen Loan Servicing, L.L.C. (Ocwen) and U.S. Bank N.A., in its capacity as Trustee for MASTR Asset Backed Securities Trust 2002-NCI Mortgage Pass-Through Certificates, Series 2001-NCI, Lender (U.S. Bank as Trustee) and moves the Court to continue the hearing on Ocwen and U.S. Bank as Trustee's Motion to Dismiss, scheduled for May 3, 2011, at 11:30 am in Raleigh, NC, until Monday, May 9, 2011, at 11:00 am. All parties consent to the continuance of the hearing.

This the 15th day of April, 2011.

                                                                HORACK, TALLEY, PHARR & LOWNDES
                                                                Attorneys for Ocwen Loan Servicing, LLC and
                                                                U.S. Bank N.A. as Trustee

                                                                By:  s/ZipporahBasile Edwards
                                                                Zipporah Basile Edwards
                                                                State Bar No. 20838
                                                               301 S. College Street, Suite 2600
                                                               Charlotte, North Carolina  28202-6038
                                                               Email: zedwards@horacktalley.com
                                                               Telephone:   (704) 377-2500

CERTIFICATE OF SERVICE

      I, as attorney of record for Ocwen Loan Servicing, L.L.C. and U.S. Bank N.A. as Trustee hereby certify that on the 15th day of April, 2011, I served a copy of the attached Motion With Consent to Continue Hearing on the following individuals electronically:

Koury L. Hicks       (Electronically)
Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

J. Caleb Thomas       (Electronically)
Parker Poe Adams & Bernstein, LLP
P.O. Box 389
Raleigh, NC 27602

John F. Logan       (Electronically)
Chapter 13 Trustee
P.O. Box 61039
Raleigh, NC 27661-1039

    HORACK, TALLEY, PHARR & LOWNDES
    Attorneys for Ocwen Loan Servicing, LLC and
    U.S. Bank N.A. as Trustee

    By:  s/ Zipporah Basile Edwards
    Zipporah Basile Edwards
    State Bar No. 20838
    301 S. College Street, Suite 2600
    Charlotte, North Carolina 28202-6038
    Email: zedwards@horacktalley.com
    Telephone: (704) 377-2500