**AP–041** Order Continuing Hearing AP – Rev. 09/03/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

| | |
|---|---|
| IN RE:<br>Belinda Gray Baldwin<br>　　　Debtor(s) | Bankruptcy Case No.:<br>09–09854–8–JRL |

| | |
|---|---|
| Belinda Gray Baldwin<br>　　　Plaintiff(s)<br>　　　vs.<br>Fidelity National Title Insurance Company of New York, Inc.<br>et al.<br>　　　Defendant(s) | Adversary Proceeding No.:<br>10–00309–8–JRL |

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:　　Monday, May 9, 2011
TIME:　　11:00 AM
PLACE:　　300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

Motion to Dismiss Filed By Zipporah Basile Edwards on behalf of OCWEN Loan Servicing, LLC, U.S. Bank N.A.

DATED: April 18, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　J. Rich Leonard
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge